FILED BY ⎯⎯ D.C.

05 MAY -5 PM 3:13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DONALD R. DEPRIEST, | ) |
| Plaintiff, | ) |
| v. | ) No. 02-2177 Ml/An |
| ELLEN H. HARDYMON and MSB FINANCIAL SERVICES CORPORATION, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Decision and Entry, entered May 5, 2005, judgment is hereby entered in favor of Defendants Ellen H. Hardymon and MSB Financial Services Corporation and against Plaintiff Donald R. DePriest regarding all of Plaintiff's claims against Defendants, and judgment is hereby entered in favor of Defendant MSB Financial Services Corporation and against Plaintiff Donald R. DePriest for $143,169.16 regarding Defendant's counterclaim against Plaintiff.

APPROVED:

_[signature]_
JON P. McCALLA
UNITED STATES DISTRICT COURT

May 5, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

76

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:02-CV-02177 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Robert K. Alvarez
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Keith Shumate
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Jeffrey A. Yeager
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Honorable Jon McCalla
US DISTRICT COURT