IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DONALD R. DEPRIEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:02-2177 |
| | ) |
| ELLEN H. HARDYMON and | ) |
| MSB FINANCIAL SERVICES | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR ONE-WEEK EXTENSION OF RULE 6(b) AND RULE 54(d)(2)(B) DEADLINE FOR FILING MOTION FOR ATTORNEY'S FEES

This matter having come before the Court upon the Motion of Defendants Ellen H. Hardymon and MSB Financial Services Corporation, for an extension of one week of the deadline established by Federal Rule of Civil Procedure 54(d)(2)(B) for the filing of a claim for attorney's fees and related non-taxable expenses, and the Court having found that said Motion is well taken,

It is hereby **ORDERED** that the Defendants Ellen H. Hardymon and MSB Financial Services Corporation shall have an additional seven (7) days from the entry of this order in order to file a written motion claiming for attorney's fees and related non-taxable expenses pursuant to Federal Rule of Civil Procedure 54(d)(2)(B).

IT IS SO ORDERED.

Date: May 19, 2005

U.S. DISTRICT COURT JUDGE

J:\02-044\ORDER GRANTING MOTION FOR EXTENSION.05-18-05.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:02-CV-02177 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Jeffrey A. Yeager
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Keith Shumate
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert K. Alvarez
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT