IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DONALD R. DePRIEST,

    Plaintiff,

v.                                      Civil Action No. 02-2177 Ml/An

ELLEN H. HARDYMON, and
MSB FINANCIAL SERVICES
CORPORATION,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER THAT TIME TO FILE APPEAL RUNS FROM ENTRY OF ORDER DISPOSING OF MOTION FOR ATTORNEYS' FEES

---

BEFORE THE COURT is Plaintiff's Motion for Order that Time to File Appeal Runs from Entry of Order Disposing of Motion for Attorneys' Fees.

The Defendants have no objection to the requested relief, and THE COURT FINDS that the Motion is well taken. THE COURT therefore ORDERS that the time for any party to file a notice of appeal herein shall run from the date of entry of the Court's ruling on Defendant MSB Financial Services Corporation's Motion for Attorneys' Fees.

SO ORDERED this __1__ day of __June__, 2005.

                                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __6/6/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:02-CV-02177 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Robert K. Alvarez
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jeffrey A. Yeager
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Keith Shumate
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT