IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3 AM 8: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DONALD R. DePRIEST,

      Plaintiff,

v.                                 Civil Action No. 02-2177 Ml/An

ELLEN H. HARDYMON, and
MSB FINANCIAL SERVICES
CORPORATION,

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MSB FINANCIAL SERVICES CORPORATION'S MOTION FOR ATTORNEYS' FEES

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Respond to Defendant MSB Financial Services Corporation's Motion for Attorneys' Fees.

THE COURT FINDS that the Motion is well taken, and the Motion is GRANTED. IT IS HEREBY ORDERED that the Plaintiff has to and including Monday, August 15, 2005, to respond to Defendant MSB Financial Services Corporation's (renewed) Motion for Attorneys' Fees.

SO ORDERED this the 2 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

91

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:02-CV-02177 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Robert K. Alvarez
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Keith Shumate
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Jeffrey A. Yeager
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Honorable Jon McCalla
US DISTRICT COURT