IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 30 AM 6:54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DONALD R. DEPRIEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-2177 Ml/An |
| ) | |
| ELLEN H. HARDYMON and MSB ) | |
| FINANCIAL SERVICES CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Motion for Attorneys' Fees, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant MSB Financial Services Corporation's Motion for Attorneys' Fees, entered August 29, 2005, a judgment for attorneys' fees and costs in the amount of $38,249.77 is hereby entered in favor of Defendant MSB Financial Services Corporation and against Plaintiff Donald R. DePriest.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug. 29, 2005
_____
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

94

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:02-CV-02177 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert K. Alvarez
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Keith Shumate
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Jeffrey A. Yeager
SQUIRE SANDERS & DEMPSEY LLP
1300 Huntington Center
41 S. High Street
Columbus, OH 43215

Honorable Jon McCalla
US DISTRICT COURT